FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 SEP 28 PM 3:44

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

O'BRYAN MOORE,

Defendant,

KILCREASE CONTROLS, INC.

Garnishee.

Case No. 4:14 -CR-303-01

JOINTLY STIPULATED FINAL ORDER OF VOLUNTARY CONTINUING WAGE GARNISHMENT

The parties, the Plaintiff, The United States of America, the judgment debtor O'Bryan Moore, and the garnishee, Kilcrease Controls, Inc., agree and stipulate as follows:

1. The judgment debtor's name is O'Bryan Moore (hereinafter, the "Debtor"), Social Security Number xxx-xx-7501, with the last known address at: 3586 Hopkins Court, Powder Springs, Georgia 30127.

2. A Judgment was entered against Debtor, in the above titled case on January 7, 2015, wherein Debtor was order to pay restitution in the amount of $449,985.60 and a special assessment of $100.00. *See* Doc. 15. As of today, the total balance due on the Judgment is $437,936.25.

3. The garnishee, Kilcrease Controls, Inc. (hereinafter, the "Garnishee") has in its possession, custody or control property of the debtor in the form of wages paid to the debtor.

4. The debtor, waives service of an application for a voluntary writ of continuing garnishment pursuant to 28 U.S.C. § 3205 of the Federal Debt Collection Procedures Act of 1990 (FDCPA).

5. The garnishee, waives service of an application for a voluntary writ of continuing garnishment pursuant to 28 U.S.C. § 3205 under the FDCPA, and further waives the right to answer and be heard in this matter and any other process to which the garnishee may be entitled under the FDCPA.

6. The debtor, agrees and stipulates that wages are subject to garnishment under 28 U.S.C. § 3205 and expressly agrees and stipulates that the entry of a Final Order of Voluntary Continuing Garnishment is proper.

7. The parties therefore agree and stipulate to the entry of a Final Order of Voluntary Continuing Garnishment against the non-exempt wages of the debtor. It is expressly agreed and stipulated to by the parties that the garnishee shall pay into the registry of the Clerk of Court, **$100.00 per month** from debtor's disposable earnings, pursuant to 15 U.S.C. § 1673(a).

8. The parties further agree and stipulate that these deductions are to continue until the unpaid balance is fully paid and satisfied.

Checks should be made payable to: "Clerk, U.S. District Court" with Case Number 4:14-CR-0303-01 written in the memo section, and mailed to:

United States Clerk of Court
P.O. Box 8286
Savannah, Georgia 31412

9. The parties to this order hereby agree that the amount of this garnishment order may be adjusted in the future after review by the United States Attorney's Office of the debtor's financial situation.

IT IS SO ORDERED

Dated, entered, and made effective this 28th day of Sept., 2018.

Honorable William T. Moore, Jr.
United States District Court
Southern District of Georgia

For Plaintiff:
Dated: 9/26/2018

Xavier A. Cunningham
Assistant United States Attorney
New York Bar Number: 5269477
Post Office Box 8970
Savannah, Georgia 31412

For Debtor:
Dated: 9/24/18

O'Bryan Moore

O'Bryan Moore (Judgment Debtor)
3586 Hopkins Court
Powder Springs, Georgia 30127

For Garnishee:
Dated: 9/25/18

Kilcrease Controls, Inc. (Garnishee)